UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE FEDERICO VASQUEZ, | No. 2:13-cv-2028 CKD P |
| Petitioner, | |
| v. | ORDER |
| UNKNOWN, | |
| Respondent. | |

On November 13, 2013, the court dismissed this action because petitioner failed to file an application to proceed in forma pauperis or pay the filing fee. On December 26, 2013, petitioner filed an application to proceed in forma pauperis. Pursuant to a request made by petitioner on December 26, 2013, and good cause appearing, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to open a new habeas action and file a copy of this order, the habeas petition filed on October 3, 2013 (ECF No. 4), and the motion for leave to proceed in forma pauperis filed on December 26, 2013 (ECF No. 10) in that action.

/////
/////
/////
/////
/////

1

1  2. The Clerk shall randomly assign the new action to a magistrate judge of this court; and

2  3. Any future documents should be filed in the new action.  This action remains closed.

Dated:  January 31, 2014

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
vasq2028.reo

2