UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE FEDERICO VASQUEZ,<br><br>    Petitioner,<br><br>    v.<br><br>CONNIE GIPSON,<br><br>    Respondent. | No. 2:14-cv-0322 AC P<br><br><br>ORDER |

On July 3, 2014, respondent filed an answer which references various lodged documents. ECF No. 14.  The court has not received any lodged documents in this case.  Pursuant to Rule 5 of the Rules Governing § 2254 Cases, respondent must furnish the court with copies of relevant transcripts and appellate court briefs and opinions.  Accordingly, IT IS ORDERED that, within thirty days of the date of this order, respondent shall lodge copies of the documents referenced in the answer as well as any other documents of record helpful to the resolution of petitioner's claims.

DATED: April 20, 2016

                                                        /s/ Allison Claire<br>
ALLISON CLAIRE<br>
UNITED STATES MAGISTRATE JUDGE